

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENTERED
05/20/2015

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 13-10478 |
| ALICIA QUINTERO | § | |
| DEBTOR(S) | § | CHAPTER 13 |
| | § | |
| JOSE A. QUINTERO | § | |
| CODEBTOR | § | |
| | § | |
| RUSHMORE LOAN MANAGEMENT | § | |
| SERVICES LLC | § | |
| MOVANT | § | |

## CHAPTER 13
## AGREED ORDER CONDITIONING AUTOMATIC STAY (HOME)
## (THIS ORDER RESOLVES DOCKET #40)

1. This Order concerns the note that is secured by the Debtor(s)' home and that is held, directly or in its capacity as agent for the holder, by Rushmore Loan Management Services LLC ("Movant"). The property that is the subject of this motion is 1834 Taxco, Brownsville, Texas 78521, and more particularly described as follows:

   LOT ELEVEN (11), BLOCK TWO (2), LAPOSADA SOUTH SUBDIVISION, SECTION III, IN CAMERON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET 1, PAGE 162-A, OF THE MAP RECORDS OF CAMERON COUNTY, TEXAS.

(the "Property").

2. It is Ordered that the Debtor(s) must maintain insurance, pay all *ad valorem* taxes on the property and make all post-petition payments which are secured by the Property and which are required to be made to any community or homeowners association or pursuant to any town home declaration. The Debtor(s) must also provide continuous proof of insurance, payment of *ad valorem* taxes and payment of any homeowners association to the holder of the note.

3. IT IS FURTHER ORDERED that Movant shall retain all preservation rights it has in the Property pursuant to the terms of the loan documents, including, but not limited to, the right to advance funds on behalf of the Debtor(s) for property taxes and insurance as they arise, or in the event Debtor(s) fail to pay the taxes and insurance as agreed.

4. IT IS FURTHER ORDERED that Movant shall retain its rights under the loan to collect any outstanding escrow amounts from the Debtor(s) pursuant to the provisions of the loan documents, bankruptcy law, and applicable non-bankruptcy law.

**SO ORDERED:**

5/20/15

The Honorable Richard S. Schmidt
United States Bankruptcy Judge

AGREED TO AND APPROVED BY:

_____
Eduardo V. Rodriguez / TBN 00795621
Malaise Law Firm
1265 N Expressway 83
Brownsville, Texas  78521
(956) 547-9638
(956) 547-9630 (Telecopier)
Attorney for Debtor(s)

_____
Mary Hoyer / TBN 24035106
Staff Attorney
Office of Cindy Boudloche, Chapter 13 Trustee
555 North Carancahua, Suite 600
Corpus Christi, Texas  78748
(361) 883-5786
(361) 888-4126 (Telecopier)

_____
Cristina Platón Camarata / TBN 16061560
Michael J. Burns / TBN 24054447
Sammy P. Hooda / TBN 24064032
LynAlise K. Tannery / TBN 24083941
Buckley Madole, P.C.
Attorneys and Counselors
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BuckleyMadole.com
Attorney for Rushmore Loan Management Services LLC